GENERAL ELECTRIC CO. v. SIRE et al. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by the General Electric Company against Meyer L. Sire and others. J. V. Bouvier, Jr., for appellant. F. Bien, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

GERMAN BANK v. RUNG FURNITURE CO. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Action by the German Bank against the Rung Furniture Company. No opinion. Motion to vacate order of dismissal of appeal and to restore cause to calendar granted, upon payment to the respondent of $10 costs, and cause placed at the foot of the calendar of the present term.

GERMANIA LIFE INS. CO., Respondent, v. SULLIVAN, Appellant et al. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by the Germania Life Insurance Company against John J. Sullivan, impleaded, etc. H. S. Sayers, for appellant. H. B. Pogson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GERNER, Respondent, v. BOUCK, Appellant. (Supreme Court, Appellate Division, Third Department. December 1, 1903.) Action by Herman Gerner against John Bouck. No opinion. Judgment affirmed, with costs.

GIMBERNAT, Appellant, v. FORGOTSTON, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Jules R. Gimbernat against Morris A. Forgotston. P. M. Crandell, for appellant. C. Putzel, for respondent. No opinion. Order modified, so far as to allow defendant to appear and answer herein, upon payment of all the costs in the action, the judgment to stand as security, and, as so modified, affirmed, without costs of this appeal.

GINN et al., Respondents, v. NICOLETTE et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Lowen E. Ginn and Charles A. Murphy against Sylvester Nicolette and Frederick Narrow. No opinion. Judgment affirmed, with costs.

GIRVIN, Respondent, v. BASTIAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Michael M. Girvin against Joseph Bastian.
PER CURIAM. Judgment and order affirmed, with costs.
STOVER, J., not voting.

GIRVIN, Respondent, v. HUNTINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by James C. Girvin against William S. Huntington.
PER CURIAM. Judgment affirmed, with costs.
STOVER, J., not voting.

GLACKEN, Respondent, v. HENRY, Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1903.) Action by John Glacken, Jr., against James Henry. No opinion. Judgment affirmed, with costs.

GLASSER, Respondent, v. BARNES et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Abraham Glasser against Frank Barnes and Jennie Barnes. No opinion. Judgment of the City Court of Yonkers affirmed, with costs.

GLEASON v. THIRD NAT. BANK. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Action by Fred W. Gleason against the Third National Bank. No opinion. Motion to dismiss appeal denied, with $10 costs.

GMAEHLE, Respondent, v. ROSENBERG et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Charles Gmaehle, as administrator, against Morris Rosenberg and others. D. Steckler, for appellants. M. Hiliquit, for respondent. No opinion. On the authority of Gmaehle v. Rosenberg, 83 App. Div. 339, 82 N. Y. Supp. 366, judgment reversed, with costs, and demurrer sustained, with costs, with leave to plaintiffs to amend complaint, upon payment of costs in this court and in the court below.

In re GOETZ. (Supreme Court, Appellate Division, First Department. November 6, 1903.) In the matter of Ignace Goetz. T. F. Byrne, for appellant. W. H. Hamilton, for respondent. No opinion. Order affirmed, with costs, on the authority of Matter of Goetz, 71 App. Div. 272, 75 N. Y. Supp. 750.

GOLDBACHER, Respondent, v. EGGERS, Appellant. (Supreme Court, Appellate Division, First Department. April Term, 1903.) Action by Nina Grace Goldbacher against George W. Eggers.
PER CURIAM. Judgment (76 N. Y. Supp. 881) affirmed, with costs. [Nothing for publication in this case.]

GOLDBERG, Respondent, v. GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by Selda Goldberg against Charles Goldstein. No opinion. Motion denied, with $10 costs.